**BEAIRD–POULAN, INC.,**
**Plaintiff-Appellant**
**Cross-Appellee,**

v.

**DEPARTMENT OF HIGHWAYS, STATE OF LOUISIANA, Defendant-Appellee Cross-Appellant,**

**Neil Edward Goldschmidt, Secretary of Transportation, Defendant-Appellee.**

**BEAIRD–POULAN, INC.,**
**Plaintiff-Appellee,**

v.

**DEPARTMENT OF HIGHWAYS, STATE OF LOUISIANA, Defendant-Appellant.**

Nos. 78–1242, 78–2904.

United States Court of Appeals,
Fifth Circuit.

April 30, 1980.

Thomas J. Wyatt, Shreveport, La., for Beaird-Poulan, Inc.

Maryann Walsh, Edward J. Shawaker, Atty., James W. Moorman, Asst. Atty. Gen., Peter M. Shane, Lands Div., U. S. Dept. of Justice, Washington, D. C., for B. Adams.

William W. Irwin, Jr., Baton Rouge, La., for Dept. of Highways, State of La.

Preston Pulliam, Atty., Legal Div., Dept. of Transp., State of Okl., Oklahoma City, Okl., for State of Oklahoma, etc., amicus curiae.

Before COLEMAN, Chief Judge, REAVLEY and ANDERSON, Circuit Judges.

PER CURIAM:

We affirm on the basis of the district court's opinion, 441 F.Supp. 866, which is adopted as the opinion of this Court.